1

2

3

4

5

6                    UNITED STATES DISTRICT COURT
                     FOR THE WESTERN DISTRICT OF
7                      WASHINGTON AT SEATTLE

8   JOHN DOE, on behalf of his minor child JACK
9   DOE, and on behalf of others similarly situated,        NO. 2:23-cv-01893-JHC

10                          Plaintiff,
                                                            **ORDER GRANTING JOINT**
11              v.                                          **MOTION TO CONSOLIDATE**
                                                            **RELATED CASES**
12  FRED HUTCHINSON CANCER CENTER;
    UNIVERSITY OF WASHINGTON SCHOOL
13  OF MEDICINE; UW MEDICAL CENTER;
    HARBORVIEW MEDICAL CENTER;
14  VALLEY MEDICAL CENTER; UW
    PHYSICIANS; UW NEIGHBORHOOD
15  CLINICS(d/b/a UW MEDICINE PRIMARY
    CARE); AIRLIFT NORTHWEST; and
16  CHILDREN'S UNIVERSITY MEDICAL
    GROUP,
17

18                          Defendants.

19
    ROBERT AYERS, individually and on behalf of
20  all others similarly situated,                          NO. 2:23-cv-01916-JHC

21                          Plaintiff,

22              v.

23  FRED HUTCHINSON CANCER CENTER,

24                          Defendant.

25

26

     ORDER GRANTING UNOPPOSED JOINT MOTION TO APPOINT
     INTERIM CLASS COUNSEL - 1

| | |
|---|---|
| JONATHAN HUNTER, individually and on behalf of all others similarly situated, | NO. 2:23-cv-01988-JHC |
| Plaintiff, | |
| v. | |
| FRED HUTCHINSON CANCER CENTER, a Washington Nonprofit Corporation, | |
| Defendant. | |
| GARY HOLZ, JOEL GUAY, and GLORIA MONCRIEF, individually and on behalf of all others similarly situated, | NO. 2:23-cv-01998-JHC |
| Plaintiff, | |
| v. | |
| FRED HUTCHINSON CANCER CENTER, a Washington Nonprofit Corporation, | |
| Defendant. | |

This matter comes before the Court on Plaintiffs' Unopposed Joint Motion to Consolidate. (Dkt. No. 5.) The plaintiffs in four different actions filed against Defendant Fred Hutchinson Cancer Center ask the Court to consolidate all four into a single action. Having reviewed the Motion and all supporting materials, and having noted the lack of any opposition, the Court GRANTS the Motion and ORDERS that the above-captioned cases be consolidated for all purposes.

1.      Under Rule 42(a), the Court may consolidate cases that involve common questions of law or fact. Fed. R. Civ. P. 42(a). The Court enjoys broad discretion in making this determination. *Pierce v. County of Orange*, 526 F.3d 1190, 1203 (9th Cir. 2008); *see also Pedraza v. Alameda Unified Sch. Dist.*, 676 Fed. App'x 704, 706 (9th Cir. 2017). When determining whether a motion to consolidate should be granted, this Court typically weighs several factors, including considerations of "judicial economy, whether consolidation would

ORDER GRANTING UNOPPOSED JOINT MOTION TO APPOINT
INTERIM CLASS COUNSEL - 2

1   expedite resolution of the case, whether separate cases may yield inconsistent results, and the

2   potential prejudice to a party opposing consolidation." *Pecznick v. Amazon.com, Inc.*, No. 2:22-

3   cv-00743, 2022 WL 4483123, at *3 (W.D. Wash. Sept. 27, 2022); *see also* 9 Charles Alan

4   Wright & Arthur R. Miller, Federal Practice and Procedure: Civil § 2383 (3rd ed. 2020).

5         2.      Consolidation is appropriate here given that the four actions present common

6   questions of law and fact and there are substantial efficiencies to be gained. All four actions

7   concern the same data breach resulting from a cyber-attack on Fred Hutchinson Cancer Center.

8   And plaintiffs pursue the same or similar causes of action against Fred Hutchinson Cancer

9   Center on behalf of overlapping proposed classes. Consolidation for all purposes will further

10  conserve party and judicial resources. Fred Hutchinson has not voiced any opposition, and the

11  Court is unaware of any inconvenience, delay, confusion, or prejudice that may result from

12  consolidation. As such, the Court GRANTS the Motion and consolidates all four actions.

13        3.      All filings in this consolidated action shall be filed on the docket of the first-

14  filed case (2:23-cv-01893) and use the following caption: *In re Fred Hutchinson Cancer Center*

15  *Data Security Litigation.*

16        4.      Any action subsequently filed in, transferred to, or removed to this Court that

17  arises out of the same or similar operative facts as the Consolidated Action, shall be

18  consolidated with the Consolidated Action for pre-trial purposes. The Parties shall file a Notice

19  of Related Action whenever a case that should be consolidated into this action is filed in,

20  transferred to, or removed to this District.

21        5.      If the Court determines that the case is related, the clerk shall:

22             a.   Place a copy of this Order in the separate filed for such action;

23             b.   Serve on Plaintiffs' counsel in the new case a copy of the Order;

24             c.   Direct that this Order be served upon Defendant(s) in the new case; and

25             d.   Make appropriate entry in the Master Docket.

26

ORDER GRANTING UNOPPOSED JOINT MOTION TO APPOINT
INTERIM CLASS COUNSEL - 3

1    6.    Plaintiffs shall confer and propose a schedule for filing a Consolidated Amended

2  Complaint no later than ten (10) days following the entry of this Order.

3    7.    This Order shall apply to the above-captioned matters, any subsequently

4  consolidated action, any actions consolidated with the above-captioned matters, and any actions

5  filed in or transferred or removed to this Court relating to the fact and the data breach

6  underlying this litigation.

7

8    **IT IS SO ORDERED.**

9    DATED: January 5, 2024

10

11    _____
      THE HONORABLE UNITED STATES
12    DISTRICT COURT JUDGE FOR THE
      WESTERN DISTRICT OF WASHINGTON

13  Presented By:

14  TOUSLEY BRAIN STEPHENS PLLC

15  By: s/ *Kim D. Stephens, P.S.*
    Kim D. Stephens, P.S., WSBA #11984
16  Cecily C. Jordan, WSBA #50061
    1200 Fifth Avenue, Suite 1700
17  Seattle, WA 98101
    Telephone: 206-682-5600
18  Facsimile: 206-682-2992
    kstephens@tousley.com
19  cjordan@tousley.com

20  James J. Pizzirusso*
    HAUSFELD LLP
21  888 16th Street N.W.
    Suite 300
22  Washington, D.C. 20006
    (202) 540-7200
23  jpizzirusso@hausfeld.com

24  Steven M. Nathan*
    HAUSFELD LLP
25  33 Whitehall Street
    Fourteenth Floor
26  New York, NY 10004
    (646) 357-1100
    snathan@hausfeld.com

ORDER GRANTING UNOPPOSED JOINT MOTION TO APPOINT
INTERIM CLASS COUNSEL - 4

1
2
3
4

Ashley M. Crooks*
HAUSFELD LLP
33 Whitehall Street
Fourteenth Floor
New York, NY 10004
(646) 357-1100
acrooks@hausfeld.com

5

*Attorneys for Plaintiff Hunter and the Proposed Class*

6

7

TURKE & STRAUSS LLP

8

By: s/ Samuel J. Strauss
Samuel J. Strauss, WSBA #46971

9

Raina Borrelli*

10

613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515

11

Telephone: (608) 237-1775
Facsimile: (608) 509 4423

12

sam@turkestrauss.com

13

14

*Attorneys for Plaintiff Doe and the Proposed Class*

15

Brian C. Gudmundson*
Charles R. Toomajian*

16

Michael J. Laird*
ZIMMERMAN REED LLP

17

1100 IDS Center
80 South 8th Street

18

Minneapolis, MN 55402
Telephone: (612) 341-0400

19

Facsimile: (612) 341-0844
brian.gudmundson@zimmreed.com

20

charles.toomajian@zimmreed.com
michael.laird@zimmreed.com

21

22

*Attorneys for Plaintiff Ayers and the Proposed Class*

23

24

25

26

ORDER GRANTING UNOPPOSED JOINT MOTION TO APPOINT
INTERIM CLASS COUNSEL - 5

1  EMERY REDDY, PLLC

2  By: *s/ Timothy W. Emery*
   Timothy W. Emery, WSBA #34078
3  Patrick R. Reddy, WSBA #34092
   600 Stewart Street, Suite 1100
4  Seattle, WA 98101
   Phone: (206) 442-9106
5  Fax: (206) 441-9711
6  Email: *emeryt@emeryreddy.com*
   Email: *reddyp@emeryreddy.com*
7
8  M. Anderson Berry*
   Gregory Haroutunian*
9  Brandon P. Jack*
   CLAYEO C. ARNOLD
10  A PROFESSIONAL CORPORATION
   865 Howe Avenue
11  Sacramento, CA 95825
   Telephone: 916.239.4778
12  Fax: 916.924.1829
13  *aberry@justice4you.com*
   *gharoutunian@justice4you.com*
14  *bjack@justice4you.com*
15  Gary M. Klinger*
   MILBERG COLEMAN BRYSON
16  PHILLIPS GROSSMAN LLC
17  227 W. Monroe Street, Suite 2100
   Chicago, IL 60606
18  Phone: (866) 252-0878
   gklinger@milberg.com
19
20  ***Attorneys for Plaintiffs Holtz, Guay, and Moncrief and the Proposed Class***

21  *pro hac vice forthcoming*
22
23
24
25
26

ORDER GRANTING UNOPPOSED JOINT MOTION TO APPOINT
INTERIM CLASS COUNSEL - 6