UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
WASHINGTON AT SEATTLE

| | |
|---|---|
| JOHN DOE, on behalf of his minor child JACK DOE, and on behalf of others similarly situated,<br><br>         Plaintiff,<br>  v.<br><br>FRED HUTCHINSON CANCER CENTER; UNIVERSITY OF WASHINGTON SCHOOL OF MEDICINE; UW MEDICAL CENTER; HARBORVIEW MEDICAL CENTER; VALLEY MEDICAL CENTER; UW PHYSICIANS; UW NEIGHBORHOOD CLINICS(d/b/a UW MEDICINE PRIMARY CARE); AIRLIFT NORTHWEST; and CHILDREN'S UNIVERSITY MEDICAL GROUP,<br><br>         Defendants. | NO. 2:23-cv-01893-JHC<br><br>**ORDER GRANTING JOINT MOTION TO APPOINT INTERIM CLASS COUNSEL** |
| ROBERT AYERS, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br>  v.<br><br>FRED HUTCHINSON CANCER CENTER,<br><br>         Defendant. | NO. 2:23-cv-01916-JHC |

| | |
|---|---|
| 1  JONATHAN HUNTER, individually and on<br>2  behalf of all others similarly situated, | NO. 2:23-cv-01988-JHC |
| 3                           Plaintiff,<br>      v. | |
| 4 | |
| 5  FRED HUTCHINSON CANCER CENTER, a<br>   Washington Nonprofit Corporation, | |
| 6 | |
| 7                           Defendant. | |
| 8  GARY HOLZ, JOEL GUAY, and GLORIA<br>   MONCRIEF, individually and on behalf of all<br>9  others similarly situated, | NO. 2:23-cv-01998-JHC |
| 10                          Plaintiff, | |
| 11 v. | |
| 12  FRED HUTCHINSON CANCER CENTER, a<br>    Washington Nonprofit Corporation, | |
| 13 | |
| 14                          Defendant. | |

15

16     This matter comes before the Court on Plaintiffs' Unopposed Joint Motion to

17 Appoint Interim Class Counsel. (Dkt. No. 6.) The plaintiffs in four different actions filed

18 against Defendant Fred Hutchinson Cancer Center ask the Court to appoint a Plaintiffs

19 Steering Committee pursuant to Rule 23(g) of the Federal Rules of Civil Procedure. Having

20 reviewed the Motion and all supporting materials, and the criteria set forth in Federal Rule of

21 Civil Procedure 23(g), the Court GRANTS the Motion as set forth below:

22     1.     Pursuant to Rule 23(g), the Court hereby appoints the following attorneys to

23 serve as Interim Class Counsel:

24          **Co-Chairs of Plaintiffs' Steering Committee:**

25          Kim D. Stephens of Tousley Brain Stephens PLLC;

26          M. Anderson Berry of Clayeo C. Arnold PC;

ORDER GRANTING JOINT MOTION TO APPOINT INTERIM
CLASS COUNSEL - 2

1
2
3
4
5

**Members of Plaintiffs' Steering Committee:**

Raina Borrelli of Turke & Strauss LLP;

Ashley Crooks of Hausfeld LLP;

Gary Klinger of Milberg Coleman Bryson Phillips Grossman, PLLC, and

Brian Gudmundson of Zimmerman Reed LLP.

6       2.    The above-named attorneys meet the requirements of Rule 23(g), are designated

7   to act on behalf of the putative class before determining whether to certify the class as a class

8   action, and shall serve as Interim Class Counsel with responsibility for managing the

9   distribution of work among Plaintiffs' counsel and overseeing compliance with the duties and

10  responsibilities set forth herein. The duties and responsibilities of Interim Class Counsel are as

11  follows:

12      a)    Direct and manage pretrial proceedings on behalf of all plaintiffs,

13      including the briefing and argument of motions and the conduct of all

14      types of discovery proceedings;

15      b)    Make all work assignments on behalf of Plaintiffs in a manner to

16      promote the orderly and efficient conduct of this litigation and to avoid

17      unnecessary duplication and expense.

18      c)    Delegate work responsibilities to other plaintiffs' counsel, and monitor

19      the activities of all plaintiffs' counsel to assure that plaintiffs' pretrial

20      preparation is conducted effectively, efficiently, and economically, that

21      schedules are met, and that unnecessary expenditures of time and

22      expense are avoided;

23      d)    Determine and present (in pleadings, motions, briefs, oral argument, or

24      such other fashion as may be appropriate, personally or by a designee) to

25      the Court and opposing parties the position of the Plaintiffs on all matters

26      arising during pretrial (and if appropriate, trial) proceedings;

e)      Initiate, coordinate, and conduct all pretrial discovery on behalf of Plaintiffs in this consolidated litigation, including the preparation of joint interrogatories and requests for production of documents, and the examination of witnesses in depositions, and direct and coordinate the conduct of all types of discovery proceedings'

f)      Consult with and employ consultants or experts, as necessary;

g)      Coordinate with plaintiffs' counsel in management of the litigation and fund the necessary and appropriate costs of discovery and other common benefit efforts;

h)      Coordinate settlement discussions or other dispute resolution efforts on behalf of plaintiffs, under the Court's supervision, if and as appropriate;

i)      Enter into stipulations with other parties as necessary for the conduct of the litigation;

j)      Prepare and distribute to the plaintiffs and counsel periodic status reports;

k)      Maintain adequate time and disbursement records covering services as appointed counsel; and

l)      Perform such other duties as may be incidental to proper coordination with the other plaintiffs' counsel with respect to plaintiffs' pretrial activities or as authorized by further Order of the Court.

3.      The Court may amend or expand the Plaintiffs' Executive Committee upon request from Interim Class Counsel or on the Court's own motion, if and as circumstances warrant.

4.      Unless otherwise ordered by the Court upon a showing of good cause, this Order shall apply to any action filed in, transferred to, or removed to this Court which relates to the subject matter at issue in this case.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

IT IS SO ORDERED.

DATED: January 5, 2024

<br>

THE HONORABLE UNITED STATES
DISTRICT COURT JUDGE FOR THE
WESTERN DISTRICT OF WASHINGTON

Presented By:

TOUSLEY BRAIN STEPHENS PLLC

By: s/ *Kim D. Stephens, P.S.*
Kim D. Stephens, P.S., WSBA #11984
Cecily C. Jordan, WSBA #50061
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
Telephone: 206-682-5600
Facsimile: 206-682-2992
kstephens@tousley.com
cjordan@tousley.com

James J. Pizzirusso*
HAUSFELD LLP
888 16th Street N.W.
Suite 300
Washington, D.C. 20006
(202) 540-7200
jpizzirusso@hausfeld.com

Steven M. Nathan*
HAUSFELD LLP
33 Whitehall Street
Fourteenth Floor
New York, NY 10004
(646) 357-1100
snathan@hausfeld.com
Ashley M. Crooks*
HAUSFELD LLP
33 Whitehall Street
Fourteenth Floor
New York, NY 10004
(646) 357-1100
acrooks@hausfeld.com

*Attorneys for Plaintiff Hunter and the Proposed Class*

ORDER GRANTING JOINT MOTION TO APPOINT INTERIM
CLASS COUNSEL - 5

TURKE & STRAUSS LLP

By: s/ *Samuel J. Strauss*
Samuel J. Strauss, WSBA #46971
Raina Borrelli*
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
Telephone: (608) 237-1775
Facsimile: (608) 509 4423
sam@turkestrauss.com

***Attorneys for Plaintiff Doe and the Proposed Class***

Brian C. Gudmundson*
Charles R. Toomajian*
Michael J. Laird*
ZIMMERMAN REED LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
brian.gudmundson@zimmreed.com
charles.toomajian@zimmreed.com
michael.laird@zimmreed.com

***Attorneys for Plaintiff Ayers and the Proposed Class***

EMERY REDDY, PLLC

By: s/ *Timothy W. Emery*
Timothy W. Emery, WSBA #34078
Patrick R. Reddy, WSBA #34092
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Fax: (206) 441-9711
Email: *emeryt@emeryreddy.com*
Email: *reddyp@emeryreddy.com*

M. Anderson Berry*
Gregory Haroutunian*
Brandon P. Jack*
CLAYEO C. ARNOLD
A PROFESSIONAL CORPORATION
865 Howe Avenue
Sacramento, CA 95825
Telephone: 916.239.4778
Fax: 916.924.1829
*aberry@justice4you.com*
*gharoutunian@justice4you.com*
*bjack@justice4you.com*

Gary M. Klinger*
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN LLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (866) 252-0878
gklinger@milberg.com

***Attorneys for Plaintiffs Holtz, Guay, and Moncrief and the Proposed Class***

*pro hac vice forthcoming*