UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: FRED HUTCHINSON DATA SECURITY LITIGATION | CASE NO. 2:23-cv-01893-JHC<br><br>ORDER |

In light of the Court's order to consolidate (Dkt. # 9), any action subsequently filed, transferred, or removed to this Court that arises out of the same or similar operative facts as the above-captioned action shall be *automatically* consolidated with it seven (7) court days following the filing of that action. If any party objects to such consolidation or otherwise wishes to seek alternative relief, they shall do so before the expiration of that period.

The parties shall file a Notice of Related Cases pursuant to LCR 3(g) as soon as practicable whenever a case that should be consolidated into this action is filed in, or transferred to, this District. If the Court determines that the case is related, the Clerk shall:

a. place a copy of this order and the order to consolidate (Dkt. # 9) in the separate file for such action;

ORDER - 1

b. serve on plaintiff's counsel in the new case a copy of this order and the order to consolidate (Dkt. # 9);

c. direct that this order and the order to consolidate (Dkt. # 9) to be served upon defendant(s) in the new case; and

d. make the appropriate entry in the master docket.

This order shall apply to the above-captioned matter, any subsequently consolidated action, any actions consolidated with the above-captioned matter, and any actions filed in or transferred or removed to this Court relating to the fact and the data breach underlying this litigation.

Dated this 18th day of January, 2024.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 2